IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SLB ENTERPRISE, LLC, d/b/a<br>AGI CORPORATION USA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AGI CORPORATION | : | NO. 11-mc-259 |

<u>ORDER</u>

AND NOW, this 8th day of December, 2011, upon consideration of John Braddock's Motion to Quash Subpoena (Docket No. 1), AGI Corporation's response thereto, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that:

1. The instant motion is DENIED; and

2. John Braddock shall appear for a deposition and produce documents, not subject to the work product or attorney-client privileges, responsive to the subpoena duces tecum at a mutually agreed upon date and time.

BY THE COURT:

<u>/s/ Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.